IN UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

FILED
NOV 05 2019
U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Criminal No. 1:19cr65-TSK |
| BRIAN KEITH ROSE,<br>Defendant. | Violation(s):   18 U.S.C. § 111(a)(1) |

## INDICTMENT

The Grand Jury charges that:

## COUNT ONE

(Assault of a Correctional Officer Involving Physical Contact)

On or about October 31, 2018, in Preston County, in the Northern District of West Virginia, the defendant, **BRIAN KEITH ROSE**, an inmate in the custody of the Bureau of Prisons at Federal Correctional Institution Hazleton, did intentionally and forcibly assault a person designated in Section 1114 of Title 18 of the United States Code, to wit: M.A., a federal correctional officer employed with the Federal Bureau of Prisons, while said officer was engaged in the performance of official duties, and, in doing so made physical contact with M.A.; in violation of Title 18, United States Code, Section 111(a)(1).

A true bill,

/s/
Grand Jury Foreperson

/s/
WILLIAM J. POWELL
UNITED STATES ATTORNEY

Brandon S. Flower
Assistant United States Attorney